BRADLEY, Defendant in Error, v. CREATH, Plaintiff in Error.

1. The supreme court will not review instructions unless they are excepted to at the time they are given or refused.

*Error to Marion Circuit Court.*

*T. C. Reynolds* and *Pratt & Mc Cabe*, for plaintiff in error.

*Dryden*, for defendant in error.

RICHARDSON, Judge, delivered the opinion of the court.

The only error complained of in this case is, that the court refused to give an instruction asked by the plaintiff, and though it was made the ground of a motion for a new trial it does not appear that an exception was taken at the time.

It is the practice of this court not to review instructions unless .they were excepted to at the time they were given or refused. (Powers v. Allen, 14 Mo. 367.)

The other judges concurring, the judgment will be affirmed.